## SMITH *v.* JOHNSON & COMPANY.

BECK, J. There being no exception to the charge of the court nor to any ruling made pending the trial, and the evidence being sufficient to support the verdict, the judgment refusing a new trial will be affirmed.

*Judgment affirmed. All the Justices concur.*

JUNE 23, 1915.

Complaint. Before Judge Hawkins. Laurens superior court. May 23, 1914.

*J. S. Adams,* for plaintiff in error. *Davis & Sturgis,* contra.